No. 771.—BRAVO, peticionario, *v.* LA CORTE DE DISTRITO DE MAYAGÜEZ, por su JUEZ EN COMISIÓN HON. ENRIQUE S. MESTRE, dmda.— Mayo 19, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

No considerando que la radicación de una petición de *certiorari* ante esta corte y su negativa, constituya un caso dentro del significado dado a esa palabra en las leyes federales que autorizan las apelaciones a la Corte de Circuito de Apelaciones de los Estados Unidos, *Luce & Co.* v. *Registrar of Property of Guayama*, 20 Fed. (2nd.) 115, y considerando que no hay sentencia final en este caso, según esas palabras son usadas en las aludidas leyes, no ha lugar a la apelación solicitada.